## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| JOEL ULISES GUZMAN-HERNANDEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02072-TLP-cgc |
| v. | ) | |
| | ) | |
| SCOTT LADWIG, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

**JUDGMENT BY COURT**.  This action came before the Court on Petitioner's Petition, filed on January 23, 2026.  (ECF No. 1.)  In accordance with the Order Granting Petition for Writ of Habeas Corpus (ECF No. 12) as modified by the Order Granting in Part Motion for Reconsideration and Modifying Order Granting Petition for Writ of Habeas Corpus (ECF No. 14), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L.  PARKER
UNITED STATES DISTRICT JUDGE

February 26, 2026
Date